DONALLAN v. TANNAGE PATENT CO. (Circuit Court of Appeals, First Circuit. November 2, 1899.) No. 296. Appeal from the Circuit Court of the United States for the District of Massachusetts. George L. Roberts and W.

Orison Underwood, for appellant. Frederick P. Fish and William K. Richardson, for appellee. Before WEBB, District Judge. Dismissed, without costs, per stipulation. See 93 Fed. 811.